# United States Bankruptcy Court
## Middle District of Florida, Ft. Myers Division

In re  HWA Properties, Inc.  
  Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Harry W. Albright, Jr.<br>2620 W. Michigan Ave.<br>Suite A<br>Kalamazoo, MI 49006 | | 50% | |
| Suzann Albright<br>2620 W. Michigan Ave.<br>Suite A<br>Kalamazoo, MI 49006 | | 50% | |

In re: HWA Properties, Inc.

Case No.

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of of holder | Security Class | Number of Securities | Kind of Interest business |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  10/3/14

Signature  Harry W. Albright, Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.