UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                   Chapter 11

HWA PROPERTIES, INC.,                    Case No. 9:14-bk-11774-FMD

       Debtor.
_____/

## AMENDMENT TO SCHEDULE F

    The Debtor, HWA PROPERTIES, INC., hereby amends Schedule F to add the following disputed creditor:

| Name and Address | Amount |
|---|---|
| Bar Beverage Control, LLC c/o Charles A. Lawler, Esq. 212 E. Grand River Ave. Lansing, MI 48906 | $65,301.28 Disputed |

    I HEREBY DECLARE, under penalty of perjury, that the Amendment to Schedule F is true and correct to the best of my knowledge and belief.

    DATED this ___12th___ day of December, 2014.

                        HWA PROPERTIES, INC.

                        By: _____
                               Harry W. Albright, Jr.
                               President

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2014, true and correct copies of the Amendment to Schedule F and Amended Summary of Schedules have been furnished by the Court's CM/ECF electronic mail system to the Office of the U.S. Trustee; and a true and correct copy of the Amendment to Schedule F, and Notice of Commencement of Chapter 11 Case, Meeting of Creditors and Deadlines has been furnished by U.S. Mail to:

Bar Beverage Control, LLC
c/o Charles A. Lawler, Esq.
212 E. Grand River Ave.
Lansing, MI  48906

                                          */s/ Michael J. Hooi*
                                          Stephen R. Leslie
                                          Florida Bar No. 000349
                                          Michael J. Hooi
                                          Florida Bar No. 65377
                                          Stichter, Riedel, Blain & Prosser, P.A.
                                          110 East Madison Street, Suite 200
                                          Tampa, Florida  33602
                                          Telephone: (813) 229-0144
                                          Facsimile: (813) 229-1811
                                          Email:  sleslie@srbp.com
                                                       mhooi@srbp.com
                                          Attorneys for Debtor

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Middle District of Florida, Ft. Myers Division

In re   **HWA Properties, Inc.**   ,
Debtor

Case No.   **9:14-bk-11774-FMD**

Chapter   **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 3,157,626.00 | | |
| B - Personal Property | Yes | 3 | 10,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 9,216,593.44 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 11,809,341.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 3,167,626.00 | | |
| | | Total Liabilities | | 21,025,934.72 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

## United States Bankruptcy Court
### Middle District of Florida, Ft. Myers Division

In re **HWA Properties, Inc.**, Debtor

Case No. **9:14-bk-11774-FMD**

Chapter **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |