ORDERED.

**Dated:  May 28, 2015**

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 11

HWA PROPERTIES, INC.,                          Case No. 9:14-bk-11774-FMD

      Debtor.

_____/

**ORDER APPROVING FORM OF NOTICE OF
LIS PENDENS OF BANKRUPTCY ESTATE IN PROPERTY**

THIS CASE came before the Court for consideration of a Notice of Lis Pendens ("**Notice of Lis Pendens**") pursuant to direction given by the Court at hearings on various matters held on April 22, 2015 at 10:00 a.m.  At the hearing, the Court considered confirmation of the *Plan of Reorganization of HWA Properties, Inc. Under Chapter 11 of Title 11, United States Code* (Doc. No. 47) filed by HWA Properties, Inc. (the "**Debtor**"), and objections thereto filed by Community & Southern Bank (Doc. No. 91) ("**CSB**"), the United States Trustee (Doc. No. 89) ("**UST**"), and BCB Tarpon, LLC (Doc. No. 86) ("**BCB**").  At the hearing, among other things, the Court continued the preliminary hearing on various motions, including *BCB Tarpon, LLC's*

*Motion to Appoint Chapter 11 Trustee or, in the Alternative, to Dismiss Case, and Memorandum of Law in Support* (Doc. No. 65) (the "**Trustee Motion**") and BCB's *Motion for Order Terminating the Exclusive Periods in Which Only the Debtor May File a Plan and Solicit Acceptances* (Doc. No. 67), and ordered the parties to mediation.  Although the Debtor and the parties subject to such allegations (the parties are Tarphunt, LLC, FMIRE, Inc., RVHunt, LLC, Westnedge Square, LLC, and Least, LLC)[1] dispute the factual and legal assertions made in the Trustee Motion, in connection with and as a condition of the referral to mediation, the parties agreed to limited relief designed to preserve the status quo pending the mediation, and the Court directed that the parties agree to the form of a recordable Notice of Lis Pendens with respect to any of the properties that had been transferred from the Debtor to the entities referenced in paragraph 12 of the Trustee Motion.  Accordingly, it is

**ORDERED** that:

1. The Notice of Lis Pendens, in the form attached hereto as Exhibit A, is approved.

2. Any party in interest is authorized to file the Notice of Lis Pendens in those counties and with reference to those parties identified on Exhibit B to this Order.

3. Allied Capital Corp. shall not take any action with respect to the five (5) acre parcel of real property located in Clewiston, Florida (the "**Clewiston Property**") until the Court rules on the *Debtor's Motion to Approve Compromise Between Debtor, IberiaBank, Allied Capital Corp., and Anvil Land Company, LLC* (Doc. No. 103).  In the event the Court denies the

---

[1] Allegations were also made with respect to a piece of real property located in Clewiston, Florida (the "**Clewiston Property**").  The Clewiston Property is the subject of a motion filed by the Debtor seeking approval of an agreement reached between the Debtor, IberiaBank, Allied Capital Corp., and Anvil Land Holdings, which contemplates a deed in lieu of the Clewiston Property to IberiaBank with a payment to be funded by the non-debtors.  Because the compromise is pending before the Court, this Order shall not be applicable to the Clewiston Property.

motion to compromise, a Notice of Lis Pendens related to the Clewiston Property may be filed, subject to the terms of this Order.

4.      The Court reserves jurisdiction to interpret, enforce, and order the extension, withdrawal, termination, or cancellation of any Notice of Lis Pendens filed pursuant to this Order.

5.      This Order and the Notice of Lis Pendens shall not constitute or be construed to be an admission of any fact or otherwise binding upon, and shall be without prejudice to any claims, defenses, or other rights by, the Debtor, any creditor or party in interest, or the parties identified on Exhibit B.

Attorney Daniel R. Fogarty is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

HWA PROPERTIES, INC.,                           Case No. 9:14-bk-11774-FMD

        Debtor.

_____/

**NOTICE OF LIS PENDENS**

1.      TO: [NAMED OWNER] AND ALL OTHERS WHOM IT MAY CONCERN:

2.      YOU ARE NOTIFIED of the potential assertion of an interest in the described property by HWA Properties, Inc., as debtor and debtor in possession in the above-captioned bankruptcy case, filed on October 6, 2014.

3.      The property involved is that certain parcel, lot or unit situate, lying and being in ___ County, _____, more particularly described on Exhibit "1":

Dated at _____. _____ this __ day of _____, 2015.

[name of filing attorney/party]

## Exhibit "1"

## Legal Description

Lot 23, Block 7025, TARPON POINT, a replat of a portion of UNIT 77, Cape Coral, Florida, as per plat thereof recorded in Plat Book 73, Pages 70 through 79, inclusive, of the Public Records of Lee County, Florida.

Lot 33, Block 7025, TARPON POINT, a replat of a portion of UNIT 77, Cape Coral, as per Plat thereof recorded in Plat Book 73, Pages 70 through 79, of the Public Records of Lee County, Florida.

Lot 35, Block 7025, TARPON POINT, a replat of a portion of UNIT 77, Cape Coral, as per Plat thereof recorded in Plat Book 73, Pages 70 through 79, of the Public Records of Lee County, Florida.

Lot 36, Block 7025, TARPON POINT, a replat of a portion of UNIT 77, Cape Coral, as per Plat thereof recorded in Plat Book 73, Pages 70 through 79, of the Public Records of Lee County, Florida.

Lot 42, Block 7025, TARPON POINT, a replat of a portion of UNIT 77, Cape Coral, as per Plat thereof recorded in Plat Book 73, Pages 70 through 79, of the Public Records of Lee County, Florida.

**Exhibit B**

| Party | County | Property |
| --- | --- | --- |
| Tarphunt, LLC | Lee, County, Florida | Lots 23, 33, 35, 36, and 42, Block 7025, Tarpon Point |
| FMIRE, Inc. | Lee County, Florida | Lots 23, 33, 35, 36, and 42, Block 7025, Tarpon Point |
|  |  |  |