ORDERED.

**Dated:  September 17, 2015**

_Caryl E. Delano_ _(signature)_
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

                                                    Case No. 9:14-BK-11774-FMD

HWA PROPERTIES, INC.,

                                                    Chapter 11

            Debtor.
_____/

**ORDER ON BCB TARPON, LLC'S MOTION FOR ORDER
TERMINATING THE EXCLUSIVE PERIODS IN WHICH ONLY THE
DEBTORS MAY FILE A PLAN AND SOLICIT ACCEPTANCES (DOC. NO. 67)**

THIS CASE came on for hearing on September 10, 2015, at 10:00 a.m. upon

consideration of Creditor, BCB Tarpon, LLC's ("**BCB**") _Motion for Order Terminating the_

_Exclusive Periods in Which Only the Debtor May File a Plan and Solicit Acceptances_ (Doc. No.

67) (the "**Motion**") and Debtor, HWA Properties, Inc.'s _Debtor's Objection to BCB Tarpon,_

_LLC's Motion to Terminate the Exclusive Periods in Which Only the Debtor May File a Plan_

_and Solicit Acceptances_ (Doc. No. 78) (the "**Objection**").  Appearances were made as reflected

{00265708.DOCX;5}

on the record.  The Court, having considered the Motion and the response thereto, and the arguments and proffers of counsel, together with the record, and for the reasons stated orally and recorded in open court that shall constitute the decision of the Court as if fully set forth herein, finds as follows:

1.      The Objection is overruled and the Motion is hereby **GRANTED**.

2.      The exclusivity period for the Debtor to file a plan pursuant to 11 U.S.C. §1121 is hereby terminated effective as of September 10, 2015.

3.      Any plan and disclosure statement that is filed on or before Friday, September 25, 2015 will be heard at the confirmation hearing on **Thursday, October 8, 2015 at 10:00 AM** (the "Confirmation Hearing") at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Courtroom 9-A, Tampa, Florida 33602.

4.      By separate order, the Court will enter orders setting dates and deadlines in connection with the Confirmation Hearing.  Pursuant to Federal Rules of Bankruptcy Procedure 3017, 3018, and 9006(c), all notice periods regarding any plan or disclosure statement filed on or before Friday, September 25, 2015 are hereby shortened to be consistent with the Confirmation Hearing.

*Attorney Eric Jacobs is directed to serve a copy of this order on the interested parties and file proof of service within three (3) days of entry of the order.*