ORDERED.

**Dated:  October 09, 2015**

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

HWA PROPERTIES, INC.,                         Case No. 9:14-bk-11774-FMD
                                              Chapter 11

Debtor.

_____/

**ORDER GRANTING BCB TARPON, LLC's**
<u>**MOTION TO APPOINT A CHAPTER 11 TRUSTEE**</u>
**(Doc. Nos. 65, 116, 118, 254)**

THIS CASE came before the Court for continued hearing on October 8, 2015, at 11:00 a.m., for consideration of (i) *BCB Tarpon, LLC's Motion to Appoint Chapter 11 Trustee, or in the Alternative, to Dismiss Case, and Memorandum of Law in Support* (Doc. No. 65), along with (ii) the *Supplement to BCB Tarpon, LLC's Motion to Appoint Chapter 11 Trustee or, in the Alternative, to Dismiss Case, and Memorandum of Law in Support* (Doc. No. 116), (iii) the *Second Supplement to BCB Tarpon, LLC's Motion to Appoint Chapter 11 Trustee or, in the Alternative, to Dismiss Case, and Memorandum of Law in Support* (Doc. No. 118), and (iv) the *Third Supplement to BCB Tarpon, LLC's Motion to Appoint Chapter 11 Trustee or, in the Alternative, to Dismiss Case, and Memorandum of Law in Support* (Doc. No. 254) (collectively, the "**Motion**") filed by BCB Tarpon, LLC ("**BCB**") and in connection with the hearing to

{00267196.DOC;1}

consider confirmation of the *Second Plan of HWA Properties, Inc., Under Chapter 11 of Title 11, United States Code* (Doc. No. 213) (the "**Debtor's Plan**").[1]  The Court having considered the Motion and the record, together with the arguments and proffers of counsel, and for the reasons stated orally and recorded in open court that shall constitute the decision of the Court as if fully set forth herein, it is:

**ORDERED:**

1.      The Motion is **GRANTED** to the extent it seeks the appointment of a chapter 11 trustee under Section 1104 of the Bankruptcy Code.

2.      The United States Trustee, after consultation with the parties-in-interest, shall appoint forthwith a chapter 11 trustee in this case under Section 1104 of the Bankruptcy Code.

*Attorney Eric D. Jacobs is directed to serve a copy of this order on the interested parties and file proof of service within three (3) days of entry of the order.*

---

[1] The Court shall enter a separate order denying confirmation of the Debtor's Plan.

{00267196.DOC;1}