ORDERED.

**Dated:  May 09, 2016**

_Caryl E. Delano_

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In Re:

HWA PROPERTIES, INC.,                          Case No. 9:14-bk-11774-FMD
                                                              Chapter 11

        Debtor.
_____/

**ORDER DENYING DAVID F. DAVIS, AS TRUSTEE, AS TO AN UNDIVIDED
45.492140% INTEREST, AND HENRY R. BLOCK, AS TRUSTEE, AS TO AN
UNDIVIDED 54.507860% INTEREST (THE "DAVIS LENDERS")
MOTION FOR RELIEF FROM STAY AND FOR ADEQUATE PROTECTION**

THIS CASE came on for hearing on April 27, 2016 to consider the Motion for Relief from Stay and for Adequate Protection (Doc. No. 352) filed by Jeffrey W. Leasure, attorneys for Creditor, DAVID F. DAVIS, as Trustee, as to an undivided 45.492140% interest, and HENRY R. BLOCK, as Trustee, as to an undivided 54.507860% interest ("collectively the "**Davis Lenders**") on March 4, 2016.

The Court, having reviewed the Motion for Relief from Stay and for Adequate Protection, heard argument of counsel, and otherwise being advised in the premises, and for the reasons stated orally and recorded in open court that shall constitute the findings

and determinations by the Court.  Accordingly, it is

  **ORDERED** that the Motion for Relief from Stay and for Adequate Protection be

and the same is hereby denied without prejudice.

****

Attorney Jeffrey W. Leasure is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.